**Order entered August 27, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01099-CV

### THERESA BARNETT, Appellant

### V.

### DAVID S. CROCKETT, ET AL., Appellees

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-00136-F**

## ORDER

The Court has before it appellant's August 16, 2013 motion for emergency relief from sanctions order and her August 16, 2013 motion for leave of Court to apply Rule 2 and for new panel. The Court **DENIES** the motions.

/s/    ELIZABETH LANG-MIERS
JUSTICE